UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BILLY OWEN,

    Plaintiff,

v.                                        CASE NO. 3:18cv1503-MCR-CJK

AMERICAN EXPRESS COMPANY,

    Defendant.
_____/

**ORDER OF STAY**

This matter is before the Court on the Joint Motion to Stay Action Pending Arbitration.  ECF No. 10.  Upon consideration, the Court finds it appropriate to grant the parties request.

Accordingly, it is ORDERED:

1.    The Joint Motion to Stay Action Pending Arbitration is GRANTED.

2.    This action is referred to arbitration consistent with the arbitration provisions contained in the cardmember agreements.

3.    All litigation in this matter is STAYED pending further order of the court.

4. The clerk is directed to administratively close this case.

**DONE and ORDERED** this 7th day of September 2018

*s/ M. Casey Rodgers*
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**