**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

BILLY OWEN,

     Plaintiff,

v.                                           CASE NO. 3:18cv1503-MCR-CJK

AMERICAN EXPRESS COMPANY,

     Defendant.

_____/

**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW**
**AS COUNSEL FOR DEFENDANT AMERICAN EXPRESS COMPANY**

     **THIS CAUSE** having come before the Court on the Unopposed Motion to

Withdraw as Counsel for Defendant American Express Company, ECF No. 12, and

the Court having reviewed the Motion and being otherwise fully advised in the

premises, it is hereby

     **ORDERED and ADJUDGED** that the Unopposed Motion to Withdraw as

Counsel for Defendant American Express Company is GRANTED.  Ashley Hayes,

Esquire, and the law firm of Shook, Hardy & Bacon, L.L.P., are hereby terminated

as counsel of record for Defendant American Express Company and shall have no

further duties or obligations in this case.  Brian Frontino, Esquire, and the law firm

of Stroock Stroock & Lavan, LLP, shall remain as counsel for Defendant American Express Company.

**DONE AND ORDERED** in Chambers in Pensacola, Florida, on this 9th day of October 2018.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**